**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 82 WAL 2019

                  Respondent   :

                              :    Petition for Allowance of Appeal from
                              :    the Order of the Superior Court
          v.                        :

                              :

GEOFFREY HETHERINGTON,        :

                  Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.